UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00144-JAD-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| RANDELL BURGE, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Seal Motion to Sever Trial Based Upon New Evidence of Antagonistic Defenses (ECF No. 119), filed November 29, 2018. To date, no opposition has been filed and the time for which has now expired. Upon review and consideration and with good cause appearing therefor, the Court grants Defendant's request. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Seal Motion to Sever Trial Based Upon New Evidence of Antagonistic Defenses (ECF No. 119) is **granted**.

Dated this 17th day of December, 2018.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE