UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAYVALE HARRISON, *et al*.,<br><br>Defendants. | Case No. 2:18-cr-00144-JAD-GWF<br><br>**ORDER** |

On April 30, 2019 the Court issued an Order to Show Cause why its prior Order (ECF No. 130) granting severance as to Defendants Burge and Rowland should remain sealed. *See Order* (ECF No. 137). The Order instructed the parties to file a response by no later than May 13, 2019. To date, no response has been filed. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall unseal the Order granting severance as to Defendants Burge and Rowland (ECF No. 130).

Dated this 31st day of May, 2019.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE