UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDALL BURGE,<br><br>Defendant. | Case No. 2:18-cr-00144-JAD-EJY<br><br>**ORDER** |

    Pending before the Court is Defendant Randall Burge's Motion seeking copies of various documents from his case (ECF No. 354), which concluded on October 16, 2020 (ECF No. 262). Under 28 U.S.C. § 753(f) transcripts may be provided free to an appellant upon the Court's determination that the appeal presents a legitimate question and is not frivolous. A review of the docket shows there is no appeal pending (nor is there evidence one was ever filed) regarding Defendant. Defendant also has no habeas petition pending under 28 U.S.C. § 2255.

    Accordingly, under the circumstances presented here, IT IS HEREBY ORDERED that Defendant Randall Burge's Motion seeking copies of documents (ECF No. 354) is DENIED.

    Dated this 1st day of May, 2025.

                                                  ELAYNA J. YOUCHAH<br>
                                                  UNITED STATES MAGISTRATE JUDGE